LAZARUS et al., Respondents, v. METROPOLITAN EL. RY. CO. et al., Appellants.

(Supreme Court, General Term, First Department. April 17, 1893.)

Appeal from special term, New York county.
Action by Sarah Lazarus and others. executors. against the Metropolitan Elevated Railway Company and the Manhattan Elevated Railway Company to enjoin defendants from maintaining their road in front of plaintiffs' premises, and for damages.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

Davies, Short & Townsend, (Brainard Tolles and Julien T. Davies, of counsel,) for appellants.
Stickney, Spencer & Ordway, (Nelson S. Spencer, of counsel,) for respondents.

PER CURIAM. It was the intention of the court, in exacting the stipulation in question, that it should only preclude the railway company from instituting condemnation proceedings in case the judgment should be finally affirmed, but it would not prevent them from instituting such proceedings in case the judgment was reversed. We therefore see no reason for interfering with the order made, and the same should be affirmed, with $10 costs and disbursements.